1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   EDWARD DAVID JONES,                          No.  2:22-CV-0639-DMC-P

12                  Plaintiff,

13          v.                                     ORDER

14   MARIANA LOTERSTEIN, et al.,

15                  Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis.

19   See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28

20   U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

21          The sufficiency of Plaintiff's complaint and service thereof will be addressed

22   separately.

23          IT IS SO ORDERED.

24   Dated:  April 20, 2022

25                                                 _____
                                                   DENNIS M. COTA
26                                                 UNITED STATES MAGISTRATE JUDGE

27

28

1