IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DAVID JONES, | No. 2:22-CV-0639-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| MARIANA LOTERSTEIN, et al., | |
| Defendants. | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 13, for leave to file a second amended complaint.

   The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2).

/ / /

/ / /

1

This action currently proceeds on Plaintiff's first amended complaint, ECF No. 12, which was filed at the direction of the Court upon determination that Plaintiff's original complaint was defective. Because Plaintiff has not yet exercised his right to amend as of right, and because no responsive pleading has been filed, Plaintiff may file a second amended complaint without leave of Court. See Fed. R. Civ. P. 15(a)(1). The Court will grant Plaintiff 30 days within which to elect to file a second amended complaint. If no second amended complaint is filed, the Court will screen the currently operative first amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend, ECF No. 13, is denied as unnecessary; and

2. Plaintiff may file a second amended complaint as of right within 30 days of the date of this order.

Dated:  January 11, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE