IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DAVID JONES,<br><br>Plaintiff,<br><br>v.<br><br>MARIANA LOTERSTEIN, et al.,<br><br>Defendants. | No. 2:22-CV-0639-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 17, for an extension of time to file a second amended complaint. Good cause appearing therefor based on Plaintiff's declaration which seems to indicate the need for additional time due to lack of access to the prison law library, Plaintiff's motion is granted. Plaintiff may file a second amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: March 22, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1