IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DAVID JONES,<br><br>Plaintiff,<br><br>v.<br><br>MARIANA LOTERSTEIN, et al.,<br><br>Defendants. | No. 2:22-CV-0639-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion to opt-out of the Court's early Alternative Dispute Resolution program. See ECF No. 46. Good cause appearing therefor, Defendants' motion will be granted, and the stay of proceedings imposed on November 18, 2024, will be lifted. The Court will set a schedule for this litigation by separate order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to opt-out of the Court's early Alternative Dispute Resolution program, ECF No. 46, is granted.

2. The stay of proceedings imposed on November 18, 2024, is lifted.

Dated: January 23, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE